UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL BARKER,**<br><br>Plaintiff<br><br>v.<br><br>**YORK COUNTY et al.,**<br><br>Defendant | Docket No. 20-CV-163-JDL |

## NOTICE OF DISMISSAL

**NOW COMES** Plaintiff, Michael Barker, by and through counsel, Sarah A. Churchill, Esq., and hereby files this notice of dismissal pursuant to rule 41(a)(1)(A)(i). The opposing party has not served an answer or motion for summary judgment. Plaintiff wishes to dismiss all counts in the complaint that are currently pending. This dismissal is with prejudice. Both parties are to be responsible for their own attorney's fees and costs.

Dated: September 1, 2020                    By: Nichols & Churchill, PA

                                                                            /s/ Sarah A. Churchill
                                                                            Sarah A. Churchill, Esq.
                                                                            Maine Bar No. 9320
                                                                            Attorney for Plaintiff

2

        NICHOLS & CHURCHILL, PA
        1250 Forest Avenue
        Portland, ME 04103
        (207)879-4000
        schurchill@nicholschurchill.com